STATE of Missouri, Plaintiff/Respondent,

v.

Alexander W. LEMLE, Defendant/Appellant.

No. ED 98227.

Missouri Court of Appeals, Eastern District, Division Two.

April 9, 2013.

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, for respondent.

William J. Swift, Assistant Public Defender, Columbia, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

## ORDER

PER CURIAM.

Defendant, Alexander W. Lemle, appeals from the judgment entered on a jury verdict finding him guilty of burglary in the second degree, in violation of section 569.170 RSMo (2000); property damage in the first degree, in violation of section 569.100; and stealing, in violation of section 570.030. No error of law appears and no jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the

reasons for this decision. The judgment is affirmed in accordance with Rule 30.25(b).